

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00237-CV

**IN THE ESTATE OF R. HOHMANN** a/k/a Raymond Charles Hohmann, Deceased

From the County Court, Gillespie County, Texas
Trial Court No. 10535
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED November 25, 2020.

Liza A. Rodriguez, Justice